**NOT FOR PUBLICATION**

MAR 07 2016

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| XIAO QIANG LIN, | No. 13-73230 |
| Petitioner, | Agency No. A088-786-303 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 24, 2016[**]

Before:     LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

Xiao Qiang Lin, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for asylum and withholding

of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this cases is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

substantial evidence the agency's factual findings, *Gu v. Gonzales*, 454 F.3d 1014, 1018 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that Lin failed to establish past persecution on account of "other resistance" to China's coercive population control policy. *See He v. Holder*, 749 F.3d 792, 795-96 (9th Cir. 2014); *see also Gu*, 454 F.3d at 1020-21 (record did not compel the finding that petitioner suffered past persecution). We reject Lin's contention that the BIA failed to consider his experiences cumulatively. Substantial evidence also supports the agency's conclusion that Lin did not establish a well-founded fear of future persecution. *See He*, 749 F.3d at 796. Thus, Lin's asylum claim fails.

Because Lin failed to establish eligibility for asylum, his withholding of removal claim necessarily fails. *See Zehatye v. Gonzales*, 453 F.3d 1182, 1190 (9th Cir. 2006).

**PETITION FOR REVIEW DENIED.**

13-73230